**MAUREEN C. CAIN**
U.S. Department of Justice
Child Exploitation & Obscenity Section
1400 New York Ave.
Bond Building, 6th Floor
Washington, D.C. 20530
Phone: (202) 616-1685
Fax: (202) 514-1793
Email:  Maureen.Cain@usdoj.gov

**CYNDEE L. PETERSON**
Assistant U.S. Attorney
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**PAUL WENCEWICZ,  SCOTT LONG,  PHILLIP MORRIS, JOHN JOHNSON,  STEVE HUMISTON,  JEFFREY WOOLLEY, TONY BRONSON, CHARLES CROSBY,  JOSEPH PURIFICATO, JEFFREY NOENNIG, JOSHUA** | CR 13- 30 -M- DWM<br><br>**NOTICE TO COURT REGARDING RESTITUTION** |

| | |
|---|---|
| **PETERSEN, STEVEN GROVO, IAN NOSEK, and ROBERT KRISE,**<br><br>    **Defendants.** | |

  The United States hereby notifies the Court and defendants of the following:

  Defendants Steven Grovo and Joshua Petersen appealed the Court's order on restitution. *See* Doc. 694. On June 23, 2016, the Ninth Circuit vacated the restitution order. *United States v. Grovo*, No. 15-30016, 2016 WL 3443691 (9th Cir. June 23, 2016). Emphasizing that the Court's method of apportioning loss between the defendants was sound under *Paroline v. United States*, 134 S. Ct. 1710 (2014), the panel remanded to allow this Court to disaggregate the portion of the victim's losses caused by the original abuse from those attributable to continued viewing of her image, consistent with the rule announced in *United States v. Galan*, 804 F.3d 1287 (9th Cir. 2015).

  Following the remand, the United States contacted "Angela's" attorney and requested the additional documentation to support the disaggregation requirements of *Galan*. The attorney advised that Angela has withdrawn her request for restitution. No further restitution will be sought in the case.

  DATED this 5th day of July, 2016.

MICHAEL W. COTTER
United States Attorney


/s/  *Cyndee L. Peterson*
Assistant U.S. Attorney
MAUREEN C. CAIN
Department of Justice Trial Attorney
Attorneys for Plaintiff