IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>STEVEN GROVO,<br><br>Defendant/Petitioner. | CR 13-30-M-DWM-13<br><br>SCHEDULING ORDER |

Defendant Steven Grovo moves the Court to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A).  His current projected release date is November 9, 2040. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed July 26, 2023).

On June 17, 2021, Chief Judge Morris appointed the Federal Defenders of Montana to review all cases involving defendants represented by appointed counsel under the Criminal Justice Act "to determine which defendants may

1

qualify for relief under 18 U.S.C. § 3582(c)." Standing Order BMM-13 at 1-2 ¶ 1(a) (D. Mont. June 17, 2021), *available at* https://www.mtd.uscourts.gov/standing-orders.

Defendant Steven Grovo was eligible for representation under the Criminal Justice Act. *See* Order (Doc. 266.) Counsel will be appointed to file an amended motion.

Accordingly, IT IS ORDERED:

1. Steven Grovo's Motion to reduce his sentence (Doc. 874) is STAYED.

2. The Federal Defenders shall promptly locate conflict-free counsel to represent Steven Grovo.

3. Counsel shall immediately file a Notice of Appearance on Steven Grovo's behalf. Upon filing, counsel is APPOINTED, retroactive to the date of this Order.

4. The United States shall promptly request and relay to counsel the pertinent medical records, educational or vocational records, disciplinary history, all requests to the Warden for compassionate release, and any responses from the Warden or Bureau of Prisons related to Steven Grovo's request(s).

5. Within 60 days of the date of this Order, counsel must file an amended motion.

6.    Briefing on the amended motion shall proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 27th day of July, 2023.

_____
Donald W. Molloy
United States District Court