IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-30-M-DWM-13 |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| STEVEN GROVO, | |
| Defendant/Petitioner. | |

Defendant Steven Grovo, through counsel Abigail Rodgers, having moved unopposed to dismiss his motion for compassionate release (*see* Doc. 874),

IT IS ORDERED THAT the motion (Doc. 880) is GRANTED. Defendant's motion for compassionate release (Doc. 874) is DISMISSED without prejudice.

DATED this 30th day of October, 2023.

Donald W. Molloy
United States District Court

1